Quintin Garfield Culbreath
Name and Prisoner/Booking Number

MCSO; Watkins Street Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED ___
RECEIVED ___ COPY ___

SEP 1 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Quintin Garfield Culbreath
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Correctional Health Systems
(Full Name of Defendant)

(2) Maricopa County Sheriff Office

(3)_____

(4)_____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01949-PHX-MTL--JZB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

Jury Trial Demanded

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2.  Institution/city where violation occurred: Watkins Street Jail / Phoenix, AZ

3.

**550/555**

## B.  DEFENDANTS

1.   Name of first Defendant: _Correctional Health Systems_ .   The first Defendant is employed
as: _Medical Staff (RN's, Phy.Ass, Med Techs)_ at _Watkins Street Jail_
           (Position and Title)                                (Institution)

2.   Name of second Defendant: _MCSO Jail Staff_ .   The second Defendant is employed as:
as: _Detention Officer's (all)_ at _Watkins Street Jail_
           (Position and Title)                                (Institution)

3.   Name of third Defendant:_____.   The third Defendant is employed
as:_____ at _____.
           (Position and Title)                                (Institution)

4.   Name of fourth Defendant:_____.   The fourth Defendant is employed
as:_____ at _____.
           (Position and Title)                                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.   If yes, how many lawsuits have you filed?_____ . Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties:_____ v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   b.   Second prior lawsuit:
      1.   Parties:_____ v. _____
      2.   Court and case number:_____
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c.   Third prior lawsuit:
      1.   Parties:_____ v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: *Eighth Amendment*

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☑ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

*This civil action is filed because of Eighth Amendment Violation. Facts begin on pg 3-A thru 3-E*

*Continued pg 3-A*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

*\* of not replacing lost medical equip. for foot (surgical boot) for 30+ days*
*\* negligent wound care - not removing stitches from major foot surgery*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4/25/23 Operation left foot (buniondectomy/toe correction) by
Phoenix Foot & Ankle Ins; Dr. J McAlister, Surgeon

6/22/23 Arrested at home, prior to booking Phx P.D. took me to
sharp Abrazo, some stitches removed, wound care,
and foot placed back into surgical shoe (stability/protection).
RN, Dr. on duty noted: "stitches in toes needed to be removed

6/23/23 Wound care began a Watkins in Unit 3b, then stopped
after move to 5b house. Medication nurse remarked
"Chart takes a while to catch up to you.

7/8/23 Taken to outside hospital by ambulance for appendictis.
Not wearing boot. CHS and MCSO Detention Officers
refused to get boot from 5b. MCSO D.O. commented
'nothings wrong with his foot.' D.O. Collins was 2nd
Shit housing Officer

7/11/23 Returned from hosp. to Watkins Jail. Needed boot
to walk, but my property could not be found. Spoke to
D.O. Collins who remarked: 'I'm no longer working
that house'.

7/12/23 I began complaining to both Correctional Health
Systems (CHS) + MCSO Detention Staff regarding
boot (lack of) and wound care. I began submitt-

3-A

HNR's and Administrative Remedies (AR) for wound care and replacement of lost protective/stability boot. During the AR process I was told verbally that "outside appointment scheduled" (CHS RN Friday).

I had to walk with foot hanging out of a sandle, stitches remained in four toes, sores formed around stitches, foot in severe pain.

I had to use old bandages from prior wound to dress foot.

7/15/23  AR # 264321991  CHS staff quoted as saying: "discontinued from wound care, they think it looks healed". Referred to showing clinical Photo to provider

8/15/23  AR# 270658721; Reply from facility staff (fs) to "please wait for reply from AR # 269378401 + 267761501 I appealed because toes (stitches) not good - pain/ irratation, tenderness, scarring. No reply"

8/2/2023  Taken to CHS at Watkins for bleeding toe. See by CHS RN David, examined foot; said "The stitches need to come out, but it will re-quire multiple visit to clinic, not gonna happen this is jail..."

3 ~ B

8/2/23   AR# 269378401 closed by CHS fs stating:
"Lost boot MCSO property/security issue, not
CHS issue"

AR# 264132021; Reply from Lt Cochrane states: "from
viewing camera inmates stole property (8/10/23); I appealed
8/22/23, SGt. Johnson replied "Inmate used or gave
things away. Boot replaced 8/9/23

8/9/23   CHS replaced stability/protective (RN Friday consult-
ed with P.A. Matt,

   * RN Friday said "Podiatry appt scheduled"
   * PA Matt (Matthews?) told me "stitches were
     ok embedded in toes with ends protruding out".
     I had no reply

8/20/23   AR# 274609981 CHS RN refused to identify herself
by name and badge during HNR visit regarding
stitches in toes. MCSO D.O. Daniels said "she doesn't
have to identify herself.

   * In reply to AR, RN said "she saw no stitches,
     incisions healed, skin dry ... right foot." RN
     referenced right foot (wrong foot) from surgery
     "1yr ago". Right surgery 10 mths prior + healed
                    3 - C

8/21/23  HNR submitted, visited by CHS RN Dianna
RN looked at toes, left me in hallway, went
to CHS area, returned, handed me a yellow
post-it on which: "* Podiatry Referral Placed"
was written

9/5/23  CHS Medical Grievance # 267761501 completed
closed  CHS Brooks CH718

  * In closing this CHS Brooks stated
  "... appt for outside podiatry scheduled"

I still sit in pain from going without surgical boot for
over a month, and see/feel daily toes that have
developed sores from medical neglect, and tender
due to stitches remaining

3-D



9/4/23
Quintin Culbreath
Left foot

Toes surgically shortened

incisions

remaining stitches

Bunionectomy

plate (6 screws + graft)

sore

severely swollen

screws

QKC
9/4/23

QKC
9/4/2023

⚹ Notes

Toes have a very dry infected appearance where stitches
remain; however, sores have "dried" leaving the
area with a horrible scarring of surrounding skin and
flesh. Intermittent bleeding and shots of stabbing pain
jolt me from sleep nightly.

3 - E

**COUNT II**

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count II.**  Identify the issue involved.  Check **only one.**   State additional issues in separate counts.

☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
     1. Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                          ☐ Yes      ☐ No
     2. Did you submit a request for administrative relief on Count II?             ☐ Yes      ☐ No
     3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes      ☐ No
     4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____

4

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count III.** Identify the issue involved.  **Check only one.**  State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes     ☐ No
    2.  Did you submit a request for administrative relief on Count III?     ☐ Yes     ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?     ☐ Yes     ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking medical and monetary relief as determined by the court
and /or professional evaluation by medical Doctors in Podiatry field
recommending fair monetary relief in regards to:
Continued   6-A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/5/2023
_____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney-s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may
attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.

a) what needs to be performed to correct issues (if any) arising from not having proper stability/protetive boot for over a month

b) what procedure now needs to performed to remove stitches remaining in toes and address scarring as a result of neglect

c) Pain and suffering for matters that could have easily been addressed by CHS and MCSO Watkins Street Jail.

6-A

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____**September 12, 2023**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____  Hon _____ United States District Court, District of Arizona.

____  Hon _____ United States District Court, District of Arizona.

____  Attorney General, State of Arizona, _____

____  Judge _____ Superior Court, Maricopa County, State of Arizona.

____  County Attorney, Maricopa County, State of Arizona _____

____  Public Defender, Maricopa County, State of Arizona _____

____  Attorney _____

____  Other _____

____  _____

____  _____


_____        **B5955**
Legal Support Specialist Signature              S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009


USDC Certification                                                    09/09/20